1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

EDWARD ROBERT PECK,

       Defendant.

_____/

No. CR 04-0086 PJH

**FINAL PRETRIAL ORDER**

This matter came before the court for a pretrial conference on July 20, 2005.  At the hearing, the court ruled on Peck's motions in limine and set further deadlines for pretrial materials as set forth below.

### I.    Federal Rules of Evidence ("FRE") Rule 404(b) Evidence

For the reasons stated on the record, the defendant's motion in limine to prevent the government from introducing the mortgage loan application pursuant to Rule 404(b) is GRANTED.  The court reserves ruling on the government's ability to introduce the evidence for impeachment or rebuttal purposes pursuant to Rule 404(a).

### II.    Admission of Prosecution Statements and Argument from Seattle Trial

Peck seeks to admit numerous statements from the Seattle trial made by U.S. attorneys during opening and closing arguments, and in the government's sentencing briefs and during a sentencing hearing as nonhearsay party admissions pursuant to FRE 801(d)(2)(D).

For the reasons stated on the record, Peck's motion is GRANTED with respect to all statements.  The court will admit the opening and closing statements as nonhearsay party admissions pursuant to Rule 801(d)(2)(D), and will admit the sentencing brief and sentencing arguments as nonhearsay party admissions pursuant to Rule 801(d)(2)(B).

The parties are ORDERED to submit a stipulation regarding the procedure for introduction of the above evidence at trial **no later than Wednesday, August 3, 2005.**

**III.**     **Voir Dire**

The government will submit its revised voir dire in accordance with the discussion on the record **no later than Tuesday, July 26, 2005.**

**IT SO ORDERED.**

Dated: July 21, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2